| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) LOKEN, JAMES B | 2. Court or Organization EIGHTH CIRCUIT | 3. Date of Report 5/15/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) CIRCUIT JUDGE (Active) | 5. ReportType (check appropriate type) ○ Nomination, Date ● Initial ◉ Annual ○ Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address U.S. Courthouse, Suite 11W 300 South Fourth Street Minneapolis, MN 55415 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Past President | Federal Bar Association, Minnesota Chapter |
| 2. | Member | American Law Institute |
| 3. | | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

RECEIVED 2005 MAY 23 A 11:30 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions)*

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS - transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|--------|-------------|-------|
| 1. | | |

VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|----------|-------------|------------|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LOKEN, JAMES B | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| □ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. STOCKS (All Common) | | | | | | | | | |
| 2. Allstate Corp. | A | Dividend | K | T | | | | | |
| 3. Apogee Enterprises | A | Dividend | | | Donated | | | | |
| 4. Verizon Communications | A | Dividend | K | T | | | | | |
| 5. Bristol-Myers Squibb | A | Dividend | J | T | | | | | |
| 6. Zimmer Holdings, Inc. | | None | J | T | | | | | |
| 7. Target Corp | A | Dividend | K | T | | | | | |
| 8. Emerson Electric | C | Dividend | N | T | | | | | |
| 9. Exxon Corp. | A | Dividend | K | T | | | | | |
| 10. Wachovia Corp. | C | Dividend | M | T | | | | | |
| 11. Gabelli Equity Trust | D | Dividend | L | T | | | | | |
| 12. Gabelli Global Multimedia Trust | | None | J | T | | | | | |
| 13. Gabelli Utility Trust | A | Dividend | J | T | | | | | |
| 14. General Motors | A | Dividend | J | T | | | | | |
| 15. IBM | A | Dividend | L | T | | | | | |
| 16. XCel Energy, Inc. | C | Dividend | K | T | | | | | |
| 17. CenterPoint Energy, Inc. | A | Dividend | J | T | | | | | |
| 18. Texas Genco | A | Dividend | | | Sell | 12/14 | J | A | |

1. Income/Gain Codes: A =$1,000 or less    B =$1,001-$2,500    C =$2,501-$5,000    D =$5,001-$15,000    E =$15,001-$50,000
(See Columns B1 and D4)    F =$50,001-$100,000    G =$100,001-$1,000,000    H1 =$1,000,001-$5,000,000    H2 =More than $5,000,000
2. Value Codes:    J =$15,000 or less    K =$15,001-$50,000    L =$50,001-$100,000    M =$100,001-$250,000
(See Columns C1 and D3)    N =$250,000-$500,000    O =$500,001-$1,000,000    P1 =$1,000,001-$5,000,000    P2 =$5,000,001-$25,000,000
P3 =$25,000,001-$50,000,000    P4 =$More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash/Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| LOKEN, JAMES B | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. SBC Communications | B | Dividend | K | T | | | | | |
| 20. Pactiv Corp. | | None | J | T | | | | | |
| 21. Tenneco Automotive | | None | J | T | | | | | |
| 22. Texas Utilities | A | Dividend | J | T | | | | | |
| 23. ASM International | | None | J | T | | | | | |
| 24. Consol. Delivery & Logistics | | None | J | T | | | | | |
| 25. Cypress Semicond. Corp. | | None | K | T | Buy | 6/25 | J | | |
| 26. FSI International, Inc. | | None | K | T | Buy | 12/31 | J | | |
| 27. Digi International | | | | | Part Sell | 2/17 | K | C | |
| 28. Digi International | | | | | Part Sell | 1/16 | J | A | |
| 29. Digi International | | | | | Part Sell | 6/25 | K | D | |
| 30. Digi International | | | | | Part Sell | 9/2 | K | E | |
| 31. Digi International | | None | K | T | Part Sell | 10/13 | J | C | |
| 32. LSI Logic Corp. | | None | K | T | Buy | 9/2 | J | | |
| 33. Ascential Software Corp. | | None | J | T | Part Sell | 4/21 | J | B | |
| 34. Hewlett-Packard Co. | A | Dividend | K | T | Buy | 2/17 | J | | |
| 35. Communications Systems | A | Dividend | K | T | | | | | |
| 36. Nektar Therapeutics | | None | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = $More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| LOKEN, JAMES B | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. Vishay Intertechnology | | None | K | T | | | | | |
| 38. ADC Telecommunications | | None | K | T | | | | | |
| 39. Amkor Technology | | None | J | T | Buy | 6/25 | J | | |
| 40. Mindspeed Technologies | | | | | Sell | 6/27 | J | D | |
| 41. Conexant Systems | | None | J | T | Buy | 9/2 | J | | |
| 42. JDS Uniphase | | None | J | T | | | | | |
| 43. Computer Network Technology | | None | K | T | Buy | 9/2 | J | | |
| 44. Aetrium Inc. | | | | | Sell | 4/21 | J | B | |
| 45. Atmel Corp. | | None | J | T | Part Sell | 4/21 | J | A | |
| 46. Select Comfort Corp. | | None | J | T | | | | | |
| 47. Nokia Corp. | A | Dividend | J | T | | | | | |
| 48. Oracle Corp. | | None | K | T | | | | | |
| 49. Skyworks Solutions, Inc. | | None | K | T | Buy | 6/25 | J | | |
| 50. Norstan, Inc. | | | | | Buy | 1/20 | J | | |
| 51. Norstan, Inc. | | None | K | T | Buy | 9/2 | J | | |
| 52. CNS Inc. | A | Dividend | J | T | | | | | |
| 53. Synovis Life Technologies, Inc. | | | | | Buy | 2/17 | J | | |
| 54. Synovis Life Technologies, Inc. | | None | K | T | Buy | 9/2 | J | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   (See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| LOKEN, JAMES B | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS  – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code<br>1 (A-<br>H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 55. Cyberoptics Corp. | | | | | Buy | 2/17 | J | | |
| 56. Cyberoptics Corp. | | | | | Sell | 10/13 | J | B | |
| 57. Seagate Technology | | None | J | T | | | | | |
| 58. Microsoft Corp. | B | Dividend | J | T | Buy | 6/25 | J | | |
| 59. HEI Inc. | | None | J | T | Buy | 10/13 | J | | |
| 60. INNOVEX Inc. | | None | J | T | Buy | 10/13 | J | | |
| 61. MUTUAL FUNDS | | | | | | | | | |
| 62. Columbia Acorn Fund | D | Dividend | M | T | | | | | |
| 63. Columbia Newport Tiger Fund | A | Dividend | K | T | | | | | |
| 64. Fidelity Equity Income Fund II | C | Dividend | L | T | | | | | |
| 65. Fidelity Mn. Tax Free Fund | B | Dividend | L | T | | | | | |
| 66. Fidelity Emerging Markets Fund | A | Dividend | J | T | | | | | |
| 67. Fidelity Japan Fund | | None | J | T | | | | | |
| 68. Fidelity Spartan Muni Income Fund | D | Dividend | N | T | | | | | |
| 69. AIM – Health Sciences | | None | L | T | | | | | Name change |
| 70. Gabelli Global Growth Fund | | None | K | T | | | | | |
| 71. Gabelli Growth Fund | | None | L | T | | | | | |
| 72. Guardian Park Ave Fund | B | Dividend | L | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,901-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q. = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LOKEN, JAMES B | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. Harbor International Fund | B | Dividend | L | T | | | | | |
| 74. Investment Co Amer Fund | C | Dividend | M | T | Part Sell | 3/24 | K | B | |
| 75. Janus Fund | | None | K | T | | | | | |
| 76. Mutual Beacon Fund | D | Dividend | N | T | | | | | |
| 77. New Perspective Fund | A | Dividend | K | T | | | | | |
| 78. Oppenheimer Capital Inc Fund | D | Dividend | M | T | | | | | |
| 79. Oppenheimer Strategic Income | D | Dividend | L | T | | | | | |
| 80. Putnam Growth Fund | B | Dividend | M | T | | | | | |
| 81. Vanguard Fixed Inc Fund S-T | C | Dividend | L | T | | | | | |
| 82. Vanguard Fixed Inc Fund GNMA | D | Dividend | M | T | | | | | |
| 83. Delaware Voyageur Mn Ins Fund | A | Dividend | K | T | | | | | |
| 84. Washington Mutual Fund | C | Dividend | M | T | | | | | |
| 85. Vanguard Windsor Fund | A | Dividend | K | T | | | | | |
| 86. Vanguard Hi-Yield Corp. Fund | B | Dividend | K | T | | | | | |
| 87. Vanguard Prime MM Fund | A | Dividend | K | T | | | | | |
| 88. Vanguard Short Term Corp. Fund | A | Dividend | K | T | | | | | |
| 89. Vanguard Long Term Tax Exempt Fund | B | Dividend | K | T | | | | | |
| 90. Vanguard Wellington Fund | B | Dividend | K | T | | | | | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| LOKEN, JAMES B | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. Vanguard Capital Value Fund | A | Dividend | K | T | | | | | |
| 92. Artisan International Fund | A | Dividend | L | T | | | | | |
| 93. Leuthold Core Inv. Fund | D | Dividend | M | T | | | | | |
| 94. Selected American Shares Fund | A | Dividend | M | T | | | | | |
| 95. MISC. | | | | | | | | | |
| 96. US Bank Piper Jaffray IRA | A | Dividend | | | | | | | |
| 97. - Treasury Receipts | | | | | Sell | 3/25 | K | | |
| 98. - First American Large Cap Growth Fund | | | | | Sell | 5/15 | K | | |
| 99. Wells Fargo Bank IRA | A | Dividend | J | T | | | | | |
| 100. F&B Building Partnership | | None | J | W | | | | | |
| 101. Vanguard Variable Annuity Plan | | None | M | T | | | | | |
| 102. Tamarack Investment Tax Free Fund | A | Dividend | J | T | | | | | Name change |
| 103. Wells Fargo Bank | A | Interest | K | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = $More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

## VIII ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____

Date _May 15, 2005_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544